# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **David Gregory Mendoza** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT:  No |
| PUBLIC or SEALED  Public | CASE NUMBER: 1:26cr26AKB |
| SERVICE TYPE:  Warrant | |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense:  Canyon |
| INTERPRETER: No | |
| If YES, language: | |

U.S. COURTS
FEB 10 2026
FILED _____ Time _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT:

| | |
|---|---|
| Felony: **Yes** | Class A Misdemeanor: **No** |
| | Class B or C Misdemeanor: **No** |
| | (Petty Offense) |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | ONE | Possession with Intent to Distribute Methamphetamine | At least 25 years and up to life imprisonment, at least 10 years supervised release, $20,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | TWO | Possession with Intent to Distribute Cocaine | Up to 30 years of imprisonment, at least 6 years supervised release, $2,000,000 fine, $100 Special Assessment |
| 18 U.S.C. § 111(a) and (b) | THREE | Assault on a Federal Officer or Employee with a Deadly or Dangerous Weapon | Up to 20 years of imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 111(a) and (b) | FOUR | Assault on a Federal Officer or Employee with a Deadly or Dangerous Weapon | Up to 20 years of imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE | Drug Forfeiture | Forfeiture of listed property |

Date:    February 10, 2026          Assistant U.S. Attorney:  FRANCIS J. ZEBARI

Telephone No.:   (208) 334-1211