# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Initial Appearance and Arraignment
☒Detention Hearing WAIVED

MAGISTRATE JUDGE: Raymond E. Patricco      DATE: 4/16/2026
DEPUTY CLERK/ESR: Brandi Fifer      TIME: 12:33-12:42 PM

### <u>UNITED STATES OF AMERICA vs. David Gregory Mendoza</u>
Case No. 1:26-cr-00026-AKB

Counsel for:    United States (AUSA): Francis Zebari
                Defendant: Richard Eppink, CJA Counsel
                Probation: Collin Graf

☒Defendant appears on a Warrant/Indictment.
☒Defendant sworn in.
☒Constitutional Rights advised.
☒Maximum Penalties Provided.
☒Financial affidavit signed and accepted by the Court. <u>CJA counsel</u> appointed.
(X) Indictment    ( ) Information    ( ) Complaint
       (X) Defendant understands the charges and maximum penalties
       ( ) Read by Clerk    (X) Waived Reading ( ) Read by Interpreter

**PLEA: NOT GUILTY**

☒Counsel made elections to the Procedural Order. Search warrants were issued, and there was no objection to disclosure.

☒Court advised of Due Process Protections Act.

The Jury Trial is set for June 22, 2026 at 1:30 p.m. before Judge Amanda K Brailsford in Boise , Idaho. Telephone readiness conference set for June 11, 2026 at 4:00 p.m. with the Government to initiate the call.

☒Defendant advised of rights to a detention hearing and defendant waived.

☒Defendant remanded to the custody of the USMS.